**CGFD44** (6/01/2026)

**ORDERED in the Southern District of Florida on September 1, 2026**

**Corali Lopez−Castro**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 24−22524−CLC**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Anna Mayorca
2348 W 56th St., #9
Hialeah, FL 33016

SSN: xxx−xx−2978

## ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON−COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

Under Local Rule 1017−1(c)(2)(C), the trustee has filed a report of noncompliance based on the debtor's failure to cure a delinquency and remain current on the plan by the 45th day after service of the notice of delinquency.

Accordingly, it is

**ORDERED** that:

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee must file a final report before the case is administratively closed.

4. Under Local Rule 1017−1(e), all unpaid fees owed to the clerk − either under 28 U.S.C. § 1930 or any court order − remain due and owing upon dismissal of this case. The unpaid balance of **$0.00** is payable to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128.

5. Any motion for relief from this order must comply with Local Rule 9024−1.

The clerk of court shall serve a copy of this order on all parties of record.

*# # #*